AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Derek Shane Johnson, Timothy Wooten, Esq.,
Wooten and York PA

    vs.

Blue Cross Blue Shield of South Carolina
Greenville Hospital System

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:05-3173-HFF

**[X]**     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs Timothy Wooten and Wooten and York P.A.'s motion for leave to amend the complaint is denied. Judgment is hereby entered for defendants Blue Cross Blue Shield of South Carolina and Greenville Hospital System..

August 15, 2008

                                          LARRY W. PROPES, Clerk

                                          By: **s/Angela Lewis**
                                                  Deputy Clerk